# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
2006 NOV 21 P 4:10

| | |
|---|---|
| GARY L. PUCKETT and<br>SALLY W. PUCKETT : | |
| | JUDGMENT IN A CIVIL |
| vs : | Case Number CV205-240 |
| PROGRESS RAIL SERVICES CORPORATION<br>and TERRY L. BUFFIN : | |

This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that in accordance with such verdict the plaintiff, GARY L. PUCKETT, do have and recover from the defendants, PROGRESS RAIL SERVICES CORPORATION and TERRY L. BUFFIN, the sum of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS AND NO/100, ($1,500,000.00) and plaintiff, SALLY W. PUCKETT, do have and recover from the defendants, PROGRESS RAIL SERVICES CORPORATION and TERRY L. BUFFIN the sum of THREE MILLION DOLLARS AND N0/100, ($3,000,000.00) and their costs of Court in their behalf expended, said costs to be taxed by the Clerk of this Court.

Approved: this 21 day of November, 2006

_____
Judge, U.S. District Court

November 20, 2006                    SCOTT L. POFF, CLERK

_____
(By) Deputy Clerk