# United States District Court
## Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| GARY L. PUCKETT AND SALLY W. PUCKETT | ) ) ) | |
| vs | ) ) | CASE NUMBER  CV 205-240 |
| PROGRESS RAIL SERVICES CORPORATION AND TERRY L. BUFFIN | ) ) ) | |

**ORDER**

The above captioned case having come on for jury trial the week of November 13, 2006 and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to counsel for plaintiff, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

P1-P13; P17-P29 and P31-P36

**SO ORDERED**, this 22 day of November, 2006.

_[signature]_
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA