# United States District Court
## Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| GARY L. PUCKETT AND SALLY W. PUCKETT | ) ) ) | |
| vs | ) ) | CASE NUMBER CV 205-240 |
| PROGRESS RAIL SERVICES CORPORATION AND TERRY L. BUFFIN | ) ) ) | |

FILED U.S. DISTRICT COURT
2006 NOV 22 A 10: 29

## ORDER

The above captioned case having come on for jury trial the week of November 13, 2006 _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to counsel for defendant, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

D1-D17

SO ORDERED, this 22 day of November, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA