# United States District Court
## *Southern District of Georgia*
### Brunswick Division

| | | |
|---|---|---|
| GARY L. PUCKETT AND SALLY W. PUCKETT | ) | |
| | ) | |
| vs | ) | CASE NUMBER  CV 205-240 |
| | ) | |
| PROGRESS RAIL SERVICES CORPORATION AND TERRY L. BUFFIN | ) | |
| | ) | |

**FILED U.S. DISTRICT COURT**
**2006 NOV 22  A 10: 29**

## **ORDER**

The above captioned case having come on for jury trial the week of November 13, 2006 _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to counsel for __plaintiff/defendant__, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

J1-J78 (Joint exhibits)

**SO ORDERED**, this __22__ day of __November__, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA